AUSA: Ryan W. Allison

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **25 Mag. 2530** |
| UNITED STATES OF AMERICA | **COMPLAINT** |
| v. | Violation of 18 U.S.C. § 2422 |
| JOVAUGH JAMES,<br>a/k/a "JJ," | COUNTY OF OFFENSE:<br>BRONX, WESTCHESTER |
| Defendant. | |

SOUTHERN DISTRICT OF NEW YORK, ss.:

Philippe Goulet, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation (the "FBI"), and charges as follows:

## COUNT ONE
### (Enticement of a Minor)

1. From at least on or about August 5, 2025, through at least on or about August 8, 2025, in the Southern District of New York and elsewhere, JOVAUGH JAMES, a/k/a "JJ," the defendant, knowingly, using a facility and means of interstate and foreign commerce, persuaded, induced, and enticed an individual who had not attained the age of 18 years to engage in prostitution and sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, JAMES, who was twenty-nine years old, used an internet application known as "Monkey," Snapchat, other internet applications, and a cellphone to develop an intimate relationship with a thirteen-year-old girl ("Minor Victim-1") who was in Yonkers, New York, and then used Snapchat, a cellphone, and other electronic means to coordinate a meeting with Minor Victim-1 in Yonkers, after which JAMES brought Minor Victim-1 back to his apartment in Queens, New York, where JAMES had sex with Minor Victim-1, in violation of New York Penal Law § 130.30(1).

(Title 18, United States Code, Section 2422(b) and 2427.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2. I have been a Special Agent with the FBI since approximately 2017. For approximately the past three years, I have been assigned to the Westchester Safe Streets Task Force. On the Westchester Safe Streets Task Force, I participate in missing persons investigations, and I investigate sex trafficking and human trafficking offenses, narcotics offenses, violence, firearms offenses, and racketeering enterprises. I have been personally involved in the investigation of this matter.

3. This complaint is based upon my personal knowledge; my review of documents and other evidence; my conversations with other law enforcement personnel; and my training and experience, among other things specified below. Because this complaint is being submitted for the

limited purpose of establishing probable cause, it does not include all the facts that I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4. Based on my participation in this investigation, I am aware of the following regarding a successful effort by law enforcement to locate Minor Victim-1, a thirteen-year-old girl from Yonkers, New York, who ran away from home, at the apartment of JOVAUGH JAMES, a/k/a "JJ," the defendant, a twenty-nine-year-old man who lives in Queens, New York:

a. On or about August 8, 2025, I was made aware through a law enforcement communications channel that Minor Victim-1 had been reported missing from Yonkers, New York. I agreed to participate in the search to locate Minor Victim-1.

b. I learned Minor Victim-1's Instagram account name from another law enforcement officer and submitted an exigent request to Meta Platform, Inc., to obtain, among other things, a list of IP addresses that had recently been used to log into Minor Victim-1's Instagram account.

c. I identified a particular IP address (the "Suspect IP Address") in the Meta records and submitted an exigent request to the company that services the Suspect IP Address (the "Service Company") to obtain subscriber information. I learned from the Service Company that the Suspect IP Address was registered to JOVAUGH JAMES, a/k/a "JJ," the defendant, at a particular apartment building in Queens, New York (the "Queens Apartment Building").

d. Around the same time, I learned from a member of the Yonkers Police Department that Minor Victim-1's father had said that Minor Victim-1 was spending time with someone named "Jovaugh James." The Yonkers Police Department conducted a search for "Jovaugh James" through a third-party public records database and identified an individual using that name who lived in a particular apartment (the "JAMES Apartment") at the Queens Apartment Building.

e. I and other law enforcement officers traveled to the Queens Apartment Building. There, law enforcement officers viewed records that showed that JAMES's key fob was used to access the Queens Apartment Building during the morning of August 8, 2025. I and other law enforcement officers also viewed surveillance video from inside the Queens Apartment Building that showed an individual who appeared to be JAMES walking inside the Building with an individual who appeared to be Victim-1 on the morning of August 8, 2025.

f. I and other law enforcement officers traveled to the JAMES Apartment and knocked on the door. JAMES answered the door. We directed JAMES to exit the JAMES Apartment and entered the Apartment without a warrant on an exigent basis, in an effort to locate Minor Victim-1. We found Minor Victim-1 sitting on a bed inside the JAMES Apartment. Minor Victim-1 was sitting next to a cellphone that was in plain view.

g. Minor Victim-1 was taken to a precinct of the New York City Police Department ("NYPD"). JAMES was detained and eventually placed under arrest.

5. Based on my communications with other law enforcement officers and my participation in this investigation, I am aware of the following regarding interviews of Minor Victim-1 on August 8, 2025:

   a. Minor Victim-1 was interviewed in the Queens Apartment Building and asked if JOVAUGH JAMES, a/k/a "JJ," the defendant, and she had sexual intercourse. Minor Victim-1 initially said, in substance and in part, that she did not have sexual intercourse with JAMES.

   b. Minor Victim-1 was transported to a precinct of the NYPD and interviewed there by child-victim specialists. At the outset of this interview, Minor Victim-1 again did not state that JAMES and she had sexual intercourse. However, Minor Victim-1 ultimately disclosed, in substance and in part, the following:

    i. Minor Victim-1 met JAMES, who Minor Victim-1 knows as "JJ," on the "Monkey" internet application about a month ago.[1] Minor Victim-1 and JAMES then moved their conversation to Snapchat and spoke with each other using that application. Minor Victim-1 stated that JAMES did not ask Minor Victim-1 for sexually explicit photographs or videos. Minor Victim-1 considered JAMES to be her boyfriend.

    ii. On or about August 4, 2025, Minor Victim-1 had a disagreement with her father. During the early morning of August 5, 2025, Minor Victim-1 used a video game console at her home in Yonkers, New York, to log into her Snapchat account and called JAMES. Minor Victim-1 asked JAMES if she could stay with him.

    iii. JAMES agreed to have Minor Victim-1 stay at his apartment. JAMES then took the train to meet Minor Victim-1 at a restaurant in Yonkers, New York. JAMES and Minor Victim-1 were communicating for at least a portion of JAMES's trip to Yonkers using Snapchat's video call function. JAMES and Minor Victim-1 used Snapchat to coordinate when it was time for Minor Victim-1 to go downstairs to meet JAMES.

    iv. On or about August 5, 2025, JAMES and Minor Victim-1 met in Yonkers, as planned. JAMES and Minor Victim-1 then took an Uber back to the Queens Apartment Building and stayed in the JAMES Apartment.[2]

    v. JAMES and Minor Victim-1 began having sex the day after they met in person. Minor Victim-1 estimated that between approximately August 6 and August 8, 2025, JAMES had vaginal intercourse with Minor Victim-1 approximately fifteen times.

  6. Minor Victim-1's caretaker sent law enforcement the following screenshot of a Snapchat conversation that had been saved to Minor Victim-1's account, which Minor Victim-1's

---

[1] I know based on my training and experience, as well as internet searches, that the "Monkey" application is an internet chatroom that pairs the user with another random user for a video chat through the application's platform. "Monkey" users sometimes share other contact information (*e.g.*, social media handles, phone numbers, iCloud accounts) with each other during their "Monkey" conversation to continue their conversation by other electronic means. Although the terms of service for the "Monkey" application require users to be eighteen years old or older, the application does not verify the age of its users, which often results in minors using the application. Applications like "Monkey" are frequently used by adults to solicit minors for sex and to groom minors to create child pornography.

[2] I know based on my training and experience that an Uber trip from Yonkers to Queens would pass through the Bronx.

caretaker was monitoring. This screenshot appears to depict a conversation between JOVAUGH JAMES, a/k/a "JJ," the defendant, and Minor Victim-1, in which JAMES is depicted, corroborating Minor Victim-1's report that she communicated with JAMES using Snapchat:



7.      I have reviewed a New York State e-Justice criminal history record that states that JOVAUGH JAMES, a/k/a "JJ," the defendant, was born on November 15, 1995, and was thus twenty-nine years old during the conduct described above. Based on my communications with a law enforcement officer who spoke with Minor Victim-1, I am aware that Minor Victim-1 was born in or about April 2012 and was thus thirteen years old during the conduct described above. Based on my own observations of Minor Victim-1, her physical appearance and demeanor are consistent with that of a child.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of JOVAUGH JAMES, a/k/a "JJ," the defendant, and that he be imprisoned or bailed, as the case may be.

_S/ by the Court with permission_
Philippe Goulet
Special Agent
Federal Bureau of Investigation

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this __8th__ day of August, 2025.

_____
THE HONORABLE ROBERT W. LEHRBURGER
United States Magistrate Judge
Southern District of New York

5